# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**STEVE R. HOUCK**
**DOB: x/xx/xx**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about **between June 12, 2007 and June 28, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce, and**

   **On or about June 12, 2007, in the District of Columbia and elsewhere, did knowingly transport in interstate commerce from a location outside the District of Columbia to the District of Columbia by means of a computer, child pornography as defined in Title 18, United States Code Section 2256(8).**

in violation of Title **18** United States Code, Section(s) **2422(b) and 2252(A)** .

I further state that I am **DETECTIVE TIMOTHY PALCHAK** , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**INTERNET CRIMES AGAINST CHILDREN TASK**
**TASK FORCE**
**METROPOLITAN POLICE DEPARTMENT**

**Sworn to before me and subscribed in my presence,**

_____ at _____ **Washington, D.C.** _____
**Date**                                         **City and State**

_____           _____
**Name & Title of Judicial Officer**           **Signature of Judicial Officer**

STATEMENT OF FACTS

On Tuesday, June 12, 2007, in the District of Columbia, Your Affiant was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Your Affiant was contacted in an Internet incest chat room by an individual using the screen name "dad here." "dad here" stated that he was forty nine years old, had a thirteen year old daughter, and resided in Northern Virginia. Your Affiant asked whether he was "active" with his daughter. "Active" is a term commonly used by pedophiles to refer to sexual activity with children. "dad here" stated that he masturbated in his daughter's underwear. Your Affiant stated that he was sexually active with a ten year old girl and "dad here" stated that he "would love to try her myself." As set forth below the individual communicating with Your Affiant has been determined to be STEVE R. HOUCK.

Your Affiant and the individual using the screen name "dad here" then switched to Yahoo Instant Messenger In the Yahoo messenger chat, the individual who had used the screen name "dad here" had a screen address of "rick25441000" and used the name "Rick Martin." His Yahoo profile described him as a being 48 years old, living in Fairfax, Virginia, zip code 22032, married and working in the technology field. During the private conversation, Your Affiant sent to "Rick Martin" via the Internet a photograph of a ten year girl, "Kia," whom he said was the prostitute's daughter. "Rick Martin expressed interest in engaging in sex with the child and stated "I want to fuck her," "I love young pussy."

During the same on-line conversation "Rick Martin" said that he lived in Fairfax, and was willing to pay to have sex with the ten year old provided that Your Affiant sent him a picture of the nude child. "Rick Martin" stated that he wanted to exchange "commitment " pictures with Your Affiant, and asked that Your Affiant to send to him specific pictures of the child: "a naked body shot showing her pussy" and one "maybe with her holding your cock in her hand." He told Your affiant that he wanted Your Affiant to send a "commitment" picture in order to know whether Your Affiant was "real", that is whether he could trust Your Affiant. "Rick Martin" further stated that when he saw the "commitment" photograph, he would "commit to the price" for having sex with the child. As his "commitment" photographs, "Rick Martin" sent two photographs to Your Affiant. Both photographs were of the same prepubescent girl who appeared to be approximately eleven or twelve years old. In one photograph the child was naked, seated and exposing her breast. In the second photograph, she was posed with her legs spread and her pubic area exposed.

In subsequent on-line conversations on between June 13, 2007 and June 29, 2007, "Rick Martin" repeated his interest in meeting the ten year child at a hotel in the District of Columbia for the purpose of having sexual intercourse with her. He also stated that he had a 14 year old daughter and gave Your Affiant her e-mail address, "deb254421000". Your affiant engaged in two on-line conversations with "deb2541000", and based on Your Affiant's experience in on-line undercover operations, and the nature of the conversations, Your Affiant believes that the individual purporting to be a 14 year old girl was in fact an adult.

Investigation determined that STEVE R. HOUCK was convicted of Distribution of Child Pornography in the Eastern District of Virginia in 2000. HOUCK formerly was a Telecommunications Analyst at the Federal Communications Commission and currently is employed by a computer technology company in Reston, Virginia. He has no minor children but he has two adult daughters. A check of public data bases, Virginia motor vehicle records and Virginia Sex Offender Registry records determined that HOUCK resides at xxxx Xxxxxxx Xxxxx, Xxxxxxx,

Xxxxxxx xxxxx. Surveillance confirmed that a vehicle registered to STEVEN RAY HOUCK has been observed at that address.

An anylysis of the Internet Protocol (IP) addresses used by "Rick Martin" determined that two of the IP addresses resolved to HOUCK's current employer, one was associated with his adult daughter, and several others resolved to individuals who resided in locations within 400 feet or less of HOUCK's residence. Your affiant knows that unsecured wireless networks, and in some cases even encypted wireless networks, can be accessed by from locations located within 500 feet of the wireless network. By accessing another person's wireless connection, an individual can gain use of that person's IP address.

On June 30, 2007, law enforcement agents went to the area bounded by xxxx Xxxxxxx Xxxxx and the three houses associated with IP addresses used by "Rick Martin". The agents determined that there were a number of unencrypted access points in proximity to HOUCK's residence that could have been used to access unsecured wireless connections and IP addresses associated with those connections.

In communications with Your Affiant, "Rick Martin" claimed to have a 14 year old daughter who communicated with Your Affiant on-line, although prior investigation by the Federal Bureau of Investigation (FBI) determined that he has no minor children. In the prior investigation HOUCK admitted to FBI agents that he pretended to to be a fourteen year old girl in on-line conversations. "Rick Martin" "daughter"'s e-mail address, his Yahoo! screen address and his hotmail address all contain the numerical sequence "2544". HOUCK used the identical numerical sequence in a screen name that he used in 1999.

DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me in the District of Columbia this _____ day of July, 2007

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE