AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Steve Houck

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-335

I, __Steve Ray Houck__, charged in a (complaint) (petition) pending in this District with __Certain activities relating to material involving sexual exploitation of minors and coercion and enticement__ in violation of Title __18__, U.S.C., __2252 and 2422__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

×  _[signature]_
Defendant

_[signature]_            _[signature]_
Date                    Counsel for Defendant