UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0335M-01 (CR) |
| **STEVE R. HOUCK** , | : | VIOLATIONS: 18 U.S.C. §2252A(a)(1) |
| **Defendant.** | : | (Transportation of Child Pornography) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about June 12, 2007, within the District of Columbia and elsewhere, the defendant, **STEVE R. HOUCK**, did knowingly transport in interstate commerce or foreign commerce from a location outside the District of Columbia to the District of Columbia by any means, including a computer, child pornography as defined in Title 18, United States Code, Section 2256(8).

(**Transportation of Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
PATRICIA STEWART
Assistant United States Attorney
Bar No. 358910
Federal Major Crimes Section
555 4th Street, N.W., Room 4247
Washington, D.C. 20530
(202) 514-7064