**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 07-199 (EGS)

STEVE R. HOUCK
    Defendant.

### **ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 2, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **JANUARY 9 2008**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 16, 2008**, a reply, if any shall be filed by no later than **JANUARY 23, 2008**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **JANUARY 30, 2008 AT 11:00 A.M.**

    IT IS SO ORDERED.

    DATE: October 5, 2007       EMMET G. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE