**FILED**

OCT - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal Case Number |
| | | 07-199 |
| STEVE R. HOUCK, | : | |
| Defendant. | | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America, and the defendant, Steve R. Houck, stipulate and agree that the following facts are true and accurate:

On June 12, 2007, Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children Task Force. He entered an incest chartroom and was contacted by the defendant who was using the screen name "dad here". The defendant and Palchak engaged in a private chat during which Palchak said that he had engaged in sex with a ten year old girl, and that the girl's mother, a prostitute, made the child available for sex in exchange for money. Palchak forwarded to the defendant via the Internet a photograph of a ten year old child whom he stated was the prostitute's daughter.

The defendant and Palchak then continued to chat privately via Yahoo Instant Messenger. In the Yahoo Messenger the defendant used the screen name "Rick Martin" and the Instant Messenger (IM) identification, "rick25441000". During the on-line conversation on June 12, 2007, the defendant sent to Palchak via the Internet, two photographs of a female child who appeared to be approximately 11 or 12 years old. In one photography the child was naked, seated and exposing her breast. In the second photograph the child was posed with her legs spread and her pubic area

exposed in a manner that constituted a lewd and lascivious exhibition of her pubic area.

During the June 12, 2007 on-line conversation and in subsequent conversations over approximately the next three weeks, the defendant expressed an interest in also having sexual intercourse with the ten year-old girl and told Palchak that he would agree to pay to have sex with the child provided that Palchak sent to him a "commitment" photograph of the child in which she was nude and her pubic area was exposed. The defendant did not send any additional images of child pornography to Palchak in the subsequent on-line conversations.

Investigation determined that the individual using the screen name "Rick Martin" was the defendant, Steve R. Houck residing at 4320 Selkirk Drive, Fairfax, Virginia. On July 2, 2007, a Magistrate Judge in the United States District Court for the Eastern District of Virginia authorized the issuance of a search warrant for those premises. The warrant was executed on the same date by agents of the Federal Bureau of Investigation (FBI) and Metropolitan Police Department (MPD) detectives. Minutes before agents entered the defendant's residence, the defendant was engaged in an Internet chat with Palchak. During that chat, Palchak sent an additional photograph of the same ten year old girl whose photograph he had sent to the defendant on June 12, 2007.

Among the items recovered in the search of the defendant's residence was a Dell Latitude laptop computer, and numerous compact disks, floppy disks, video tapes a web camera and microphone. Preliminary forensic analysis of the contents of the laptop computer revealed that the two photographs sent by Palchak to "Rick Martin" were downloaded onto the computer, and that there was a folder bearing the fictitious child's name on the desktop of the computer.

Analysis revealed also that the computer contained in excess of 600 images of child pornography, and that the majority of the pornographic images were of prepubescent females. The

ages of the children appeared to range from approximately four to five years old to young teens. Among the images were images of children under the age of twelve years old engaging in sexually explicit conduct, and images of sadistic conduct and violence involving young children, including but not limited to:

A video of a girl who appears to be under the age of seven years old being vaginally penetrated by an adult male;

A video of a girl who appears to be under the age of seven years old being vaginally and anally penetrated with a dildo;

A video of a young pre-pubescent girl who appears to be approximately seven or eight years old with her wrists duct taped to her legs being vaginally penetrated by an adult male;

A video of an adult male performing cunnilingus on and penetrating vaginally a young prepubescent girl whose legs are tied open with rope and whose wrists are tied over her head;

Videos depicting young girls who appear to be approximately five and seven years old performing fellatio on adult males.

The defendant was arrested on July 2, 2007 pursuant to a warrant issued by a Magistrate Judge of the United States District Court for the District of Columbia. After waiving his Fifth Amendment rights, he was interviewed by Detective Palchak. The interview was videotaped. In the interview the defendant admitted that he used the screen name "Rick Martin", that he engaged in on-line chats with Palchak, and that he sent the two photographs of the prepubescent female to Palchak via the Internet on June 12, 2007. The defendant also admitted collecting and distributing images of child pornography and ownership of the laptop computer seized from his residence on July 2, 2007.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. In addition, this proffer contains facts that relate to specific offense characteristics contained in Section 2G2.2(b) of the United States Sentencing Guidelines that the parties agree are applicable in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty and for application of the specific offense characteristics that are set forth in the plea agreement entered into by the parties.

_____
PATRICIA STEWART
Assistant United States Attorney

_____
STEVE R. HOUCK
Defendant

_____
CARLOS VANEGAS
Attorney for Defendant