Steve Houck 315323
1901 D St SE
Washington DC 20003

Re: UNITED STATES v. STEVE HOUCK
07-199-(EGS)

Date: Feb. 6, 2008

**FILED**
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honor Judge Sullivan

I wish to withdraw my plea agreement. My attorney has not been representing me adequately. I want another attorney. During his visits he has made comments like "Your case is Bad" and that he has seen me more than other clients. When he does come he never has my complete case files. I have asked him about specific issues in my case and he has not answered them. I also asked him to resolve the outstanding warrant in Virginia regarding S.O.R. He said that there will be plenty of time while I am in prison to do that. After my interview with the probation officer for the P.S.I. He made a comment to him that "These cases are like shooting fish in a barrel". He sent his secretary to see me with the PSI report. I made objection to the report. He returned with it without any knowledge of the objections. He has not returned with the PSI regarding any changes. He presented me with a plea that has no cap. It does nothing to help me. I became aware that he could have advised me that getting the discovery on my case. He did not. I believe that my due process rights have been violated. and that he is working for the prosecution.

Sincerely
Steve R Houck

Copies to: Judge
AUSA
Dft.

STEVE HOUCK 315323
1901 O ST SE
WASHINGTON DC 20003

DATE FEB. 6 2008

2008 FEB 12 A 8
U.S. PROBAT
DISTRICT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

**FILED**
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 07-199

Dear Madam Clerk

Enclosed find a letter to Judge Sullivan. Please stamp it as received by your Office and send a copy to me for my records.

Thank You in advance

Steve Houck

Copies to: Judge
AUSA
Dft.