UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 07 -199 (EGS) |
| | ) | |
| | ) | |
| **STEVE R. HOUCK** | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Steve R. Houck, nunc pro tunc to February 15, 2008, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Steve R. Houck

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 this __27th__ day of February, 2008.

/s/
Howard B. Katzoff