IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **Criminal No.: 07-199 (EGS)** |
| : | |
| : | |
| **STEVE HOUCK** : | |

### NOTICE OF FILING

COMES NOW the Defendant, Steve Houck, and submits the attached character letter which was inadvertently omitted from the prior submission.

Respectfully submitted,

    /s/
Howard B. Katzoff (Bar# 348292)
717  D Street, N.W.,  Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Steve Houck


### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Notice of Filing and attached character letter were served electronically upon Patricia Stewart, Esquire, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, this  23rd   day of    July   , 2008.

    /s/
Howard B. Katzoff

To The Honorable Judge,
&
All other judicial officiates:

I am writing this on behalf of Steve Ray Houck 315323. I have known Steve for at least forty years. He lived in the other side of a duplex. A family friend of my parents dwelled in the other side. He is three years older than me. Steve was always cordial at a young age, I was a little pest doing cart wheels to impress him.

As a couple of years went by he was an upper-classmate. He was involved in our school performing arts technical crew. He encouraged his friends to learn by being involved in lighting, sound, stage design. He got me and few people involved it was a education experience.

As a teen Steve was involved in the New Holland Volunteer Fire Co. He was very active and was an asset to the department especially when there were daytime fires. Once he graduated he worked nightshift and responded during the day.

Steve loved photography and had a shop set up in his family basement. He taught me how to take nature pictures, family pictures. We then developed them. Steve is very smart and

gifted.

I fondly remember how proud I was of Steve and still am for all the people he touched while active in Civil Defense. He would drive nurses, doctors to hospitals or nursing homes. He did flood rescue. As a matter of fact I was blessed to be part of 1977 Johnstown Flood evacuation and lockdown. Steve and I were right downtown by Lee Hospital. Steve worked closely with the National Guard. (Oh yes, Steve was an ameteur radio operator.)

Steve would respond to the many needs of fellow HAMS - ameteur radio operators. Steve could build radio's, repair, build and design antenna's. He would help fellow HAMs with other needs. Helped individuals relocate, helped with paying taxes on homes, groceries, buy things their families had need of. This has taken place 1976 until July of 2007. He has helped me with car payments, food, just been there through all we've been through.

Steve is a fantastic dad. He was a quick learner. Our daughters are 26 & 27 and would still count on their father for physical labor at their homes or financial assistance if an unexpected bill arose.

Steve has been active in Wilderness

Search and Rescue. Steve is a very sincere gentleman who puts the welfare of others before himself.

Steve has never in my over 40 years taken advantage of me or my family. He has been respectable. Steve even helped me move into an apartment two years ago. He assisted with my electric bill a couple times after I sustained a work related injury.

Steve has always wanted the best for his daughters Susan 27 & Melissa 26. His grandson Seth has voiced to me he misses Pa-Paw. Seth is 10 yrs old. and would get to assist Steve with some household repairs. He was younger since Steve's incarceration Seth turned 10.

Steve and I are extremely close. I try to keep him focused. Steve is a wonderfully considerate man. He has been an active part of my life since ~~1974~~ 1974 and will always hold a piece of my heart in his hand. I would gladly go on a Search & Rescue with Steve, I'd stand beside him at a wedding of our daughters if that was possible.

Steve has a sense of doing well for others in need. To this day he still encourages me to continue my education since my injury (7-05) Please know, I am here to lift up Steve and be supportive

of him spiritually and emotionally.

Steve and I as teens fellowship at the Chaplain of the fire companies home. We together in June, of 2007 attended his funeral. Steve and I discussed how Awesome God truly is.

Steve and I have been through the awkward pre-teen stages, married, divorced but always friends with concerns for our daughters, families, and friends. Helping each other keep in touch will then when miles seperated us. Nothing can keep me from being there for my longest known & dearest friend.

May God lead you in the direction that is fair and just for this respectable grandfather, reliable father, helpful son, fearless friend. He is a warrior for the needs of them. I will use the lessons he has taught me through many years to continue his legacy of doing for others when they are unable themselves.

Cynthia E. White — X-wife/dear friend for life!
℅ Susan Horsh
253 Locust St.
New Holland, Pa.
17557

p.s. sorry about penmanship, right extremity injury 7-05