# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 07-199 (EGS) |
| | ) | |
| STEVE HOUCK | ) | |
| | ) | |

**FILED**

JUL 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FORTHWITH ORDER

The Court has considered the defendant's unopposed request to be transferred to the

Correctional Treatment Facility ("CTF") during the pendency of this case, and it appears to the

satisfaction of the Court that such relief should be granted.

Accordingly, it is this _24th_ Day of _JULY_, 2008, _THE DEPT. OF CORRECTIONS IS REQUESTED TO_

ORDERED that Steve Houck (DCDC # 315323) be transferred FORTHWITH

to the Correctional Treatment Facility ("CTF") until further order of this Court.

SO ORDERED.

EMMET G. SULLIVAN
United States District Judge

Copies to: 7/24/08

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Patricia Stewart, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

United States Marshal's Service
Prisoner Coordination Section

D.C. Department of Corrections